UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBY MARSHALL, and
SHARON MARSHALL,

    Plaintiffs,

Case No. 16-cv-14184
Hon. Matthew F. Leitman

vs.

ALLSTATE INSURANCE COMPANY,
an Illinois Corporation,

    Defendant.

---

## ORDER COMPELLING THE DEPOSITIONS OF SHARE MOSES AND MARY MOSES FOLLOWING SHOW CAUSE HEARING

This matter having come before the Court, oral argument having been heard, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Share Moses shall appear for deposition on October 12, 2017 at 3:00 p.m. at the law offices of Patrick, Johnson & Mott, P.C., located at 27777 Franklin Rd. in Southfield, Michigan.

**IT IS FURTHER ORDERED** that Mary Moses shall also appear for deposition on October 12, 2017 at the law offices of Patrick, Johnson & Mott, P.C. Mary Moses' deposition shall begin immediately after Share Moses' deposition ends.

Share Moses and Mary Moses appeared in person at the show cause hearing held on September 26, 2017, and agreed that they will appear for their depositions on the above date to avoid the issuance of a bench warrant.

This is not a final order and does not resolve the case.

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 27, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 27, 2017, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764